UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Tamara Wareka p/k/a Tamara Williams,**           25-cv-5141 (JGK)

       **Plaintiff,**           <u>ORDER</u>

    - against -

**FS Medical LLC d/b/a Stay Ageless Med Spa,**

**Does 1 through 10 inclusive,**

       **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

    Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was August 21, 2025. To date, no answer has been filed.

    The time for the defendants to answer or respond to the complaint is extended to **September 10, 2025.** Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

    The plaintiffs should serve a copy of this Order on the defendants and file proof of service on the docket by **September 3, 2025.**

**SO ORDERED.**

**Dated:**    **New York, New York**
              **August 28, 2025**

                                      /s/ John G. Koeltl
                                         **John G. Koeltl**
                             **United States District Judge**