UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TAMARA WAREKA p/k/a TAMARA WILLIAMS,
                Plaintiff(s)

                25 civ 5141 (JGK)

      -against-

FS MEDICAL LLC d/b/a STAY AGELESS MED SPA, et al.,
                Defendant(s).
------------------------------------------------------------X

## ORDER

The conference scheduled for September 23, 2025, at 4:00pm, is canceled.

**SO ORDERED.**

                              **JOHN G. KOELTL**
                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       September 15, 2025