**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2026_

                              **Plaintiff,**                              **25-CV-5141 (JGK)(SN)**

               **-against-**                              **ORDER**

**FS MEDICAL LLC d/b/a STAY AGELESS**
**MED SPA, et al.,**

                              **Defendants.**

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On December 18, 2025, Plaintiff filed a letter requesting a pre-motion conference regarding a discovery dispute with Defendants. ECF No. 21. After the Court directed the parties to meet and confer, Plaintiff filed a second letter advising that the meet-and-confer did not resolve the dispute. Pursuant to Rule II.C of the Court's Individual Practices in Civil Cases, Defendants' responsive letter was due January 9, 2026. To date, Defendants have not submitted a response.

Defendants are ORDERED to file a response to Plaintiff's letter (ECF No. 25) by Friday, January 16, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       January 14, 2026
             New York, New York