**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

                               **Plaintiff,**

          **-against-**

FS MEDICAL LLC d/b/a STAY AGELESS
MED SPA, et al.,

                              **Defendants.**

-------------------------------------------------------------X

**25-CV-5141 (JGK)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/20/2026

**SARAH NETBURN, United States Magistrate Judge:**

     A conference is scheduled for Tuesday, January 27, 2026, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to discuss the pending discovery dispute. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 20, 2026
              New York, New York