USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

                    **Plaintiff,**

              **-against-**

FS MEDICAL LLC d/b/a STAY AGELESS
MED SPA, et al.,

                    **Defendants.**

-------------------------------------------------------------------X

**25-CV-5141 (JGK)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On January 27, 2026, the Court held a conference to discuss the pending discovery dispute. As discussed on the record, Defendants are ORDERED to serve amended responses to Plaintiff's Requests for Production and produce all responsive documents by February 3, 2026. To the extent Defendants withhold any documents based on objections, Defendants must clearly state the grounds for each objection.

Defendants are further ORDERED to serve amended responses to Plaintiff's Interrogatories by February 3, 2026. The amended responses must include a signature by an individual authorized to act on behalf of the Defendants.

Defendants are also ORDERED to serve responses to Plaintiff's Requests for Admission by February 3, 2026.

Defendants shall file a letter with the Court confirming compliance with this order by February 3, 2026.

**SO ORDERED.**

DATED:    January 28, 2026
             New York, New York

SARAH NETBURN
United States Magistrate Judge