UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TAMARA WAREKA,

                         Plaintiff,

          - against -

FS MEDICAL LLC, ET AL.,

                         Defendants.
_____

25-cv-5141 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the plaintiff's anticipated motion to amend the complaint on **Wednesday, April 29, 2026, at 3:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          April 21, 2026

                                    _____
                                       John G. Koeltl
                                 United States District Judge