UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

TAMARA WAREKA,

                        Plaintiff,                 25-cv-5141 (JGK)

        - against -                                ORDER

FS MEDICAL LLC, ET AL.,
                        Defendants.
_____

JOHN G. KOELTL, District Judge:

    The plaintiff may file an amended complaint, naming Farina

Sial as one of the Doe defendants by **May 4, 2026.**

    The defendants shall respond to the amended complaint by

**June 5, 2026.** No pre-motion letter is needed before a motion to

dismiss. The plaintiff shall respond to any motion to dismiss by

**June 26, 2026.** The defendants shall reply by **July 10, 2026.**


SO ORDERED.
Dated:    New York, New York
          April 29, 2026

                                    _____
                                         John G. Koeltl
                                    United States District Judge