UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAMARA WAREKA,

                    Plaintiff,                          25-cv-5141 (JGK)

          - against -                                   Order

FS MEDICAL LLC, ET AL.,

                    Defendants.

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a pre-motion conference relating to the plaintiff's anticipated motion to strike on **Monday, June 29, 2026, at 11:00 a.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:     New York, New York
           June 18, 2026

                                              John G. Koeltl
                                         **United States District Judge**