UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TAMARA WAREKA,

                    Plaintiff,

        - against -

FS MEDICAL LLC, ET AL.,

                    Defendants.

25-cv-5141 (JGK)

Order

---

**John G. Koeltl, District Judge:**

    The defendants shall file any amended answer by **July 6, 2026**. The plaintiff shall move to strike any affirmative defense by **July 20, 2026**. The defendants shall respond to any motion to strike affirmative defenses by **August 3, 2026**. The plaintiff may reply by **August 10, 2026**.

SO ORDERED.

Dated:    New York, New York
            June 29, 2026

                                  John G. Koeltl
                         United States District Judge