Case 1:25-cv-05141-JGK-SN Document 64 Filed 07/20/26 Page 1 of 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TAMARA WAREKA p/k/a TAMARA WILLIAMS,

Plaintiff,

v.

FS MEDICAL LLC d/b/a STAY AGELESS MED SPA; FARINA SIAL, individually; and DOES 1 through 10 inclusive,

Defendants.

Case No. 1:25-cv-05141-JGK-SN

**~~[PROPOSED]~~ ORDER**

For the reasons set forth in the Parties' Stipulation and Notice of Settlement, the relief requested therein is hereby **GRANTED**.

This Court shall retain jurisdiction over the above-captioned matter until August 6, 2026, at which time the Parties shall jointly file for dismissal. All pending motions are **DENIED** as **MOOT**. The conference currently scheduled for July 20, 2026, as well as all other upcoming hearings and deadlines, are hereby **VACATED**.

It is **SO ORDERED**.

7/20/26

John G. Koeltl

Hon. John G. Koeltl
U.S. District Court Judge